# No. 23-11146-HH

## In the
## United States Court of Appeals
## for the Eleventh Circuit

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

v.

JEREMY BROWN,

*Defendant-Appellant*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
NO. 8:21-CR-348-SCB-SPF-1

## UNITED STATES' TIME-SENSITIVE, UNOPPOSED MOTION TO REMAND FOR DISMISSAL AND TO REMOVE APPEAL FROM ARGUMENT CALENDAR

SARA C. SWEENEY
Acting United States Attorney

DAVID P. RHODES
Assistant United States Attorney
Chief, Appellate Division

HOLLY L. GERSHOW
Assistant United States Attorney
Deputy Chief, Appellate Division
Florida Bar No. 98960
400 N. Tampa St., Ste. 3200
Tampa, FL 33602
(813) 274-6000

February 26, 2025

# Certificate of Interested Persons
# and Corporate Disclosure Statement

The following persons have an interest in the outcome of this case:

1.  Asokan, Risha, Assistant United States Attorney;

2.  Brown, Jeremy, defendant-appellant;

3.  Bucklew, Hon. Susan C., United States District Judge;

4.  Corrigan, Hon. Timothy C., United States District Judge;

5.  Flynn, Hon. Sean P., United States Magistrate Judge;

6.  Futerman, Roger, Esq.;

7.  Gershow, Holly L., Assistant United States Attorney, Deputy Chief, Appellate Division;

8.  Goedman, Menno, Department of Justice Attorney;

9.  Handberg, Roger B., former United States Attorney;

10. Hoppmann, Karin, former Acting United States Attorney;

11. Jewell, Jillian M., Assistant United States Attorney;

12. Krigsman, Cherie L., former Assistant United States Attorney;

13. Loesch, Melissa A., Esq.;

14. Marcet, Daniel J., Assistant United States Attorney;

15. Nebesky, Suzanne C., Assistant United States Attorney;

16. Niles, Laurel C.; Esq.

17.    Rhodes, David P., Assistant United States Attorney,
         Chief, Appellate Division;

18.    Sansone, William F., Esq.;

19.    Sweeney, Sara C., Acting United States Attorney; and

20.    Ufferman, Michael, Esq.

No publicly traded company or corporation has an interest in the outcome of this appeal.

UNITED STATES OF AMERICA,
*Plaintiff-Appellee,*

v.                                        No. 23-11146-HH

JEREMY BROWN,
*Defendant-Appellant*

## United States' Time-Sensitive, Unopposed Motion to Remand for Dismissal and to Remove from Argument Calendar

The United States moves to dismiss this appeal as moot and to remove it from the argument calendar. **This appeal is currently scheduled for argument on March 6, 2025.** Jeremy Brown has been pardoned for the offenses at issue on appeal, so this Court should vacate his judgment, dismiss the appeal as moot, and remand to the district court to dismiss the indictment. Alternatively, the United States requests that the Court remand the case to the district court so that the United States may move to dismiss the indictment under Fed. R. Crim. P. 48(a). Brown consents to this motion.

On January 20, 2025, President Donald J. Trump pardoned Brown by "Presidential Proclamation." The Pardon provides that "[t]he pardon applies only to convictions for offenses related to events that occurred at or near the United States Capitol on January 6, 2021." On February 25, 2025, the United

States filed the pardon in the district court and a notice stating, "Based on consultation with Department of Justice leadership, it is the position of the United States that the offenses of conviction in this case are intended to be covered by this Pardon." Doc. 372. Shortly before noon today, BOP released Brown from custody.

Because of the pardon, this appeal is now moot. When a criminal defendant on appeal receives "the unpredictable grace of a presidential pardon," the pardon moots the appeal and "ends all litigation." *United States v. Schaffer*, 240 F.3d 35, 38 (D.C. Cir. 2001).

"Where a case becomes moot after the district court enters judgment but before the appellate court has issued a decision, the appellate court must dismiss the appeal, vacate the district court's judgment, and remand with instructions to dismiss the case as moot." *In re Ghandtchi*, 705 F.2d 1315, 1316 (11th Cir. 1983); *see also Schaffer*, 240 F.3d at 38 (vacating "all opinions, judgments, and verdicts of this court and the District Court" where "[f]inality was never reached on the legal question of [the defendant's] guilt"). Because President Trump has pardoned Brown of the offenses in the indictment, this Court should hold that his appeal is moot, vacate the judgment of conviction, and remand with instructions for the district court to dismiss the indictment.

Alternatively, the United States requests that this Court remand the case

to the district court so that the United States may move to dismiss the indictment under Rule 48(a). *See Watts v. United States*, 422 U.S. 1032 (1975) (remanding to the district court to allow the United States to dismiss the indictment after judgment had been entered based on representations made in the Solicitor General's brief); *United States v. Burdeau*, 168 F.3d 352, 359 (9th Cir. 1999) ("Under [Rule] 48(a), the government has the power to move to dismiss any count of the indictment as long as the defendant's appeal is pending and the decision is therefore not final.").

And because the parties agree that this case should be remanded to the district court for dismissal, the parties request that this Court remove this case from the argument calendar to conserve resources.

Respectfully submitted,

SARA C. SWEENEY
Acting United States Attorney

DAVID P. RHODES
Assistant United States Attorney
Chief, Appellate Division

By:     *s/ Holly L. Gershow*
        HOLLY L. GERSHOW
        Assistant United States Attorney
        Deputy Chief, Appellate Division
        Florida Bar No. 98960
        400 N. Tampa St., Ste. 3200
        Tampa, FL 33602
        (813) 274-6000
        holly.gershow@usdoj.gov

**Certificate of Compliance with Type-Volume Limitation**

This motion, which contains 525 countable words, complies with Fed.

R. App. P. 27(d)(2)(A) and Fed. R. App. P. 32(a)(5), (6).

# Certificate of Service

I certify that a copy of this motion and the notice of electronic filing was sent by CM/ECF on February 26, 2025, to:

MICHAEL UFFERMAN, ESQ.
*Counsel for Jeremy Brown*

*s/ Holly L. Gershow*
HOLLY L. GERSHOW
Assistant United States Attorney
