No. 23-11146-HH

# In the
# United States Court of Appeals
# for the Eleventh Circuit

UNITED STATES OF AMERICA,
    *Plaintiff-Appellee*,

v.

JEREMY BROWN,
    *Defendant-Appellant*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
NO. 8:21-CR-348-SCB-SPF-1

## UNITED STATES' TIME-SENSITIVE, UNOPPOSED MOTION FOR LEAVE TO ALLOW COUNSEL TO APPEAR REMOTELY AT ORAL ARGUMENT

SARA C. SWEENEY
Acting United States Attorney

DAVID P. RHODES
Assistant United States Attorney
Chief, Appellate Division

HOLLY L. GERSHOW
Assistant United States Attorney
Deputy Chief, Appellate Division
Florida Bar No. 98960
400 N. Tampa St., Ste. 3200
Tampa, FL 33602
(813) 274-6000

February 28, 2025

*United States v. Jeremy Brown*
No. 23-11146-HH

# Certificate of Interested Persons and Corporate Disclosure Statement

The following persons have an interest in the outcome of this case:

1. Asokan, Risha, Assistant United States Attorney;

2. Brown, Jeremy, defendant-appellant;

3. Bucklew, Hon. Susan C., United States District Judge;

4. Corrigan, Hon. Timothy C., United States District Judge;

5. Flynn, Hon. Sean P., United States Magistrate Judge;

6. Futerman, Roger, Esq.;

7. Gershow, Holly L., Assistant United States Attorney, Deputy Chief, Appellate Division;

8. Goedman, Menno, Department of Justice Attorney;

9. Handberg, Roger B., former United States Attorney;

10. Hoppmann, Karin, former Acting United States Attorney;

11. Jewell, Jillian M., Assistant United States Attorney;

12. Krigsman, Cherie L., former Assistant United States Attorney;

13. Loesch, Melissa A., Esq.;

14. Marcet, Daniel J., Assistant United States Attorney;

15. Nebesky, Suzanne C., Assistant United States Attorney;

16. Niles, Laurel C.; Esq.

17.  Rhodes, David P., Assistant United States Attorney, Chief, Appellate Division;

18.  Sansone, William F., Esq.;

19.  Stewart, Carol, Esq.;

20.  Sweeney, Sara C., Acting United States Attorney; and

21.  Ufferman, Michael, Esq.

No publicly traded company or corporation has an interest in the outcome of this appeal.

# In the United States Court of Appeals for the Eleventh Circuit

UNITED STATES OF AMERICA,
    *Plaintiff-Appellee*,

v.                                                                No. 23-11146-HH

JEREMY BROWN,
    *Defendant-Appellant*

## United States' Time-Sensitive, Unopposed Motion for Leave to Allow Counsel to Appear Remotely at Oral Argument

The United States respectfully moves on the following grounds for leave for the undersigned counsel to appear remotely at the oral argument in this case, which is scheduled for March 6, 2025, should this Court elect to hold oral argument.

1. On February 26, 2025, the United States moved, unopposed, to dismiss this appeal as moot or to remand to allow the United States to dismiss the indictment under Fed. R. Crim. P. 48(a). This Court has not yet ruled on that motion.

2. Also on February 26, I received a diagnosis of a serious medical condition requiring immediate treatment.[1] I am beginning to schedule

---

[1] If this Court requires additional information about my medical condition, I request to be able to file that under seal.

appointments for next week but cannot currently schedule appointments for Wednesday or Thursday because I am holding those days to travel to and from Jacksonville for oral argument. Appearing remotely would allow me to schedule appointments on those days and still appear at oral argument, should this Court decide to proceed with holding it.

3. Brown's lead counsel on appeal, Michael Ufferman, does not oppose this motion.

Therefore, the United States requests this Court to grant counsel leave to appear remotely at the oral argument in this case.

Respectfully submitted,

SARA C. SWEENEY
Acting United States Attorney

DAVID P. RHODES
Assistant United States Attorney
Chief, Appellate Division

By: *s/ Holly L. Gershow*
HOLLY L. GERSHOW
Assistant United States Attorney
Deputy Chief, Appellate Division
Florida Bar No. 98960
400 N. Tampa St., Ste. 3200
Tampa, FL 33602
(813) 274-6000
holly.gershow@usdoj.gov

## Certificate of Compliance with Type-Volume Limitation

This motion, which contains 232 countable words, complies with Fed. R. App. P. 27(d)(2)(A) and Fed. R. App. P. 32(a)(5), (6).

# Certificate of Service

I certify that a copy of this motion and the notice of electronic filing was sent by CM/ECF on February 28, 2025, to counsel of record.

                                            *s/ Holly L. Gershow*
                                            HOLLY L. GERSHOW
                                            Assistant United States Attorney