In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 23-11146

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

JEREMY BROWN,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:21-cr-00348-SCB-SPF-1

_____

ORDER:

The United States' time-sensitive and unopposed motion to remove the appeal from oral argument calendar is **DENIED**. The parties shall be prepared to discuss the issues raised in the motion, as well as the issues raised in the appeal, at oral argument.

　/s/ Adalberto Jordan　
UNITED STATES CIRCUIT JUDGE