# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-11146

_____

UNITED STATES OF AMERICA,

                                                  Plaintiff-Appellee,

versus

JEREMY BROWN,

                                                  Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:21-cr-00348-SCB-SPF-1

_____

ORDER:

2                    Order of the Court                    23-11146

      United States' Time-Sensitive, Unopposed Motion for leave to allow counsel to appear remotely at oral argument is GRANTED.

/s/ Adalberto Jordan
UNITED STATES CIRCUIT JUDGE