No. 23-11146-HH

In the United States Court of Appeals
for the Eleventh Circuit

**UNITED STATES OF AMERICA**,
    *Plaintiff-Appellee*,

v.

**JEREMY BROWN**,
    *Defendant-Appellant*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
NO. 8:21-CR-0348

**MOTION TO WITHDRAW AS COUNSEL OF RECORD**

Carolyn Stewart
Stewart Country Law PA
1204 Swilley Rd.
Plant City, FL 33567
(813) 659-5178
Appellant's Counsel

# CERTIFICATE OF INTERESTED PERSONS

The undersigned counsel of record certifies that the following listed persons and entities have an interest in the outcome of this case.

1. Asokan, Risha, Assistant United States Attorney;

2. Brown, Jeremy, defendant-appellant;

3. Futerman, Roger, Esq.;

7. Gershow, Holly L., Assistant United States Attorney;

Deputy Chief, Appellate Division;

8. Marcet, Daniel J., Assistant United States Attorney;

9. Pinkston, M. Neal, Attorney Section 2241 suit in N. Georgia Federal District;

10. Rhodes, David P., Assistant United States Attorney, Chief, Appellate Division;

11. Sweeney, Sara C., Acting United States Attorney; and

12. Ufferman, Michael, Esq.

No publicly traded company or corporation has an interest in the outcome of this appeal.

# UNOPPOSED MOTION TO WITHDRAW AS COUNSEL OF RECORD

COMES NOW Carolyn Stewart, Pro Bono Counsel of Record, and moves the Court for permission to withdraw as counsel for Appellant Jeremy Brown in the above-captioned appeal, and states as follows:

1. The appeal in this case arises from multiple felony convictions in the U.S. Middle District of Florida court. No. 8:21-CR-0348.

2. All future matters for this case will be handled by Michael Ufferman who is already a counsel of record. There is no prejudice to Mr. Brown or any party.

3. Mr. Brown engaged the undersigned in this case specifically in the limited scope for the matter of the Presidential Pardon issued for January 6 defendants on January 20, 2025, to include pursuing his release from incarceration. See Notice of Appearance, 23-11146 ECF No. 64.

4. The undersigned completed work for Mr. Brown's release.

5. Mr. Brown stated he no longer wishes to pursue a pardon and prefers to continue with arguing the appeal. This cancels and ends the requirement for representation by the undersigned.

6. Mr. Brown is not presently incarcerated.

7. Mr. Brown consents to this motion.

8. Mr. Ufferman is the case attorney for the Oral Argument on 3/6/2025.

WHEREFORE, Carolyn Stewart respectfully requests that this motion be granted, and that she be allowed to withdraw as counsel of record.

This the 2nd day of March, 2025        Respectfully,

                                    /s/ Carolyn Stewart
                                    Carolyn Stewart
                                    Stewart Country Law PA
                                    1204 Swilley Rd.
                                    Plant City, FL 33567
                                    (813) 659-5178
                                    Appellant's Counsel

# CERTIFICATE OF COMPLIANCE

1. I hereby certify that this motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) of the Federal Rules of Appellate Procedure. As measured by the undersigned's word-processing system used to prepare this motion, the motion contains 225 words.

2. This document complies with the type style requirements of Fed. R. App. P. 32(a)(6), because it has been prepared in a 14 point proportionally spaced roman style typeface (Times New Roman).

March 2, 2025

/s/ Carolyn Stewart
Carolyn Stewart
Appellant's Counsel

# CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of March 2025, I caused the foregoing Motion to be served on Appellee by the Court's electronic filing system where the Appellee is registered. Mr. Ufferman will receive this via email for delivery to Mr. Brown, who previously received written notice and consented via a writing from attorney Ufferman.

March 2, 2025

/s/ Carolyn Stewart
Carolyn Stewart
Appellant's Counsel