**Docket No. 23-11146-HH**

IN THE

UNITED STATES COURT OF APPEALS

ELEVENTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Appellee,<br><br>v.<br><br>JEREMY BROWN,<br><br>    Appellant. | Direct Criminal Appeal<br>Middle District of Florida<br>Lower Case No. 8:21-cr-348-SCB-SPF-1 |

**CLARIFICATION REGARDING PARAGRAPH 5 OF THE "MOTION TO WITHDRAW AS COUNSEL OF RECORD" FILED ON MARCH 2, 2025**

MICHAEL UFFERMAN
Michael Ufferman Law Firm, P.A.
2022-1 Raymond Diehl Road
Tallahassee, Florida 32308
(850) 386-2345
FL Bar No. 114227
Email: ufferman@uffermanlaw.com

Counsel for Appellant **BROWN**

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

The following certificate of interested persons and corporate disclosure statement is provided pursuant to Federal Rule of Appellate Procedure 26.1:

Asokan, Risha; Assistant United States Attorney

Brown, Jeremy; Appellant

Bucklew, Susan C.; U.S. District Judge, Middle District of Florida

Corrigan, Timothy J.; U.S. District Judge, Middle District of Florida

Flynn, Sean P.; U.S. Magistrate Judge, Middle District of Florida

Futerman, Roger; Trial counsel for Appellant Brown

Gershow, Holly L.; Assistant United States Attorney, Deputy Chief, Appellate Division

Goedman, Menno; United States Department of Justice

Handberg, Roger B.; former United States Attorney

Hoppmann, Karin; former Acting United States Attorney

Jewell, Jillian M.; Assistant United States Attorney

Krigsman, Cherie L.; former Assistant United States Attorney

Loesch, Melissa A.; Trial counsel for Appellant Brown

Marcet, Daniel J.; Assistant United States Attorney

Nebesky, Suzanne C.; Assistant United States Attorney

Rhodes, David P.; Assistant United States Attorney, Chief, Appellate Division

Sansone, William Fargo; Former trial counsel for Appellant Brown

Stewart, Carolyn; Pardon counsel for Appellant Brown

Sweeney, Sara C.; Acting United States Attorney

Ufferman, Michael; Appellate counsel for Appellant Brown

      No publicly traded company or corporation has an interest in the outcome of this appeal.

The Appellant, JEREMY BROWN, by and through undersigned counsel, submits this clarification regarding paragraph 5 of the "Motion to Withdraw as Counsel of Record" (hereinafter "motion to withdraw") filed on March 2, 2025. The motion to withdraw was filed by Carolyn Stewart, Esquire. Paragraph 5 of the motion to withdraw states in part:

> Mr. Brown stated he no longer wishes to pursue a pardon and prefers to continue with arguing the appeal.

Undersigned counsel clarifies for the Court that Mr. Brown *continues to join* the Government's motion filed on February 26, 2025, requesting the Court to vacate the judgment of conviction and remand with instructions for the district court to dismiss the indictment. *See, e.g., United States v. Thomas*, 2025 WL 415125 at *1 (D.C. Cir. Feb. 4, 2025) ("Upon consideration of the motion to vacate convictions and remand for dismissal, and the opposition thereto, it is ORDERED that the judgment of the district court be vacated and this case be remanded with instructions to dismiss the case as moot.") (citing *United States v. Schaffer*, 240 F.3d 35, 37-38 (D.C. Cir. 2001) (*en banc*)).

**CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT**

Certificate of Compliance With Type-Volume Limit,
Typeface Requirements, and Type-Style Requirements

This document complies with the word limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because this document contains 625 words. This document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because this document has been prepared in a proportionally spaced typeface using WordPerfect X9 in Times New Roman 14-point font size.

/s/ Michael Ufferman
Counsel for Appellant **BROWN**
March 4, 2025

**CERTIFICATE OF SERVICE**

I certify that a copy of this document and the notice of electronic filing was sent by CM/ECF on March 4, 2025, to counsel of record.

>Respectfully submitted,
>
>/s/ Michael Ufferman
>MICHAEL UFFERMAN
>Michael Ufferman Law Firm, P.A.
>2022-1 Raymond Diehl Road
>Tallahassee, Florida  32308
>(850) 386-2345
>FL Bar No. 114227
>Email: ufferman@uffermanlaw.com
>
>Counsel for Appellant **BROWN**