IN THE

UNITED STATES COURT OF APPEALS

ELEVENTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Appellee,<br><br>v.<br><br>JEREMY BROWN,<br><br>    Appellant. | Direct Criminal Appeal<br>Middle District of Florida<br>Lower Case No. 8:21-cr-348-SCB-SPF-1 |

**NOTICE THAT THE APPELLANT AGREES TO THE ALTERNATIVE REMEDY REQUESTED IN THE GOVERNMENT'S FEBRUARY 26, 2025, MOTION (i.e., THE APPELLANT REQUESTS THE COURT TO REMAND THIS CASE TO THE DISTRICT COURT SO THAT THE GOVERNMENT CAN MOVE TO DISMISS THE INDICTMENT UNDER FEDERAL RULE OF CRIMINAL PROCEDURE 48(a))**

MICHAEL UFFERMAN
Michael Ufferman Law Firm, P.A.
2022-1 Raymond Diehl Road
Tallahassee, Florida 32308
(850) 386-2345
FL Bar No. 114227
Email: ufferman@uffermanlaw.com

Counsel for Appellant **BROWN**

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

The following certificate of interested persons and corporate disclosure statement is provided pursuant to Federal Rule of Appellate Procedure 26.1:

Asokan, Risha; Assistant United States Attorney

Brown, Jeremy; Appellant

Bucklew, Susan C.; U.S. District Judge, Middle District of Florida

Corrigan, Timothy J.; U.S. District Judge, Middle District of Florida

Flynn, Sean P.; U.S. Magistrate Judge, Middle District of Florida

Futerman, Roger; Trial counsel for Appellant Brown

Gershow, Holly L.; Assistant United States Attorney, Deputy Chief, Appellate Division

Goedman, Menno; United States Department of Justice

Handberg, Roger B.; former United States Attorney

Hoppmann, Karin; former Acting United States Attorney

Jewell, Jillian M.; Assistant United States Attorney

Krigsman, Cherie L.; former Assistant United States Attorney

Loesch, Melissa A.; Trial counsel for Appellant Brown

Marcet, Daniel J.; Assistant United States Attorney

Nebesky, Suzanne C.; Assistant United States Attorney

Rhodes, David P.; Assistant United States Attorney, Chief, Appellate Division

Sansone, William Fargo; Former trial counsel for Appellant Brown

Stewart, Carolyn; Pardon counsel for Appellant Brown

Sweeney, Sara C.; Acting United States Attorney

Ufferman, Michael; Appellate counsel for Appellant Brown

No publicly traded company or corporation has an interest in the outcome of this appeal.

Pursuant to the Court's instructions during the March 6, 2025, oral argument, the Appellant submits this notice. On February 26, 2025, the Government filed a motion to remand. In that motion, the Government requested two alternative remedies – and the second remedy requested by the Government was a remand to the district court so that the Government could move to dismiss the indictment pursuant to Federal Rule of Criminal Procedure 48(a) motion. The Appellant hereby notifies the Court that he joins this request – i.e., the Appellant also requests the Court to remand this case to the district court so that the Government can file a rule 48(a) motion to dismiss the indictment.

# CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT

Certificate of Compliance With Type-Volume Limit,
Typeface Requirements, and Type-Style Requirements

This document complies with the word limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because this document contains 584 words. This document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because this document has been prepared in a proportionally spaced typeface using WordPerfect X9 in Times New Roman 14-point font size.

/s/ Michael Ufferman
Counsel for Appellant **BROWN**
March 7, 2025

## CERTIFICATE OF SERVICE

I certify that a copy of this document and the notice of electronic filing was sent by CM/ECF on March 7, 2025, to counsel of record.

        Respectfully submitted,

        /s/ Michael Ufferman
        MICHAEL UFFERMAN
        Michael Ufferman Law Firm, P.A.
        2022-1 Raymond Diehl Road
        Tallahassee, Florida 32308
        (850) 386-2345
        FL Bar No. 114227
        Email: ufferman@uffermanlaw.com

        Counsel for Appellant **BROWN**