In the

# United States Court of Appeals

### For the Eleventh Circuit

_____

No. 23-11146

_____

UNITED STATES OF AMERICA,

                                                                                       Plaintiff-Appellee,

*versus*

JEREMY BROWN,

                                                                                       Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:21-cr-00348-SCB-SPF-1

_____

Before JORDAN, LAGOA, and TJOFLAT, Circuit Judges.

BY THE COURT:

The government has filed an unopposed motion to remand the case to the district court and to relinquish jurisdiction so that the district court can consider and rule upon its forthcoming motion to dismiss the indictment against Mr. Brown. That motion is **GRANTED**, and the district court will have jurisdiction upon entry of this order to consider any such motion filed by the government.

We will retain jurisdiction of the appeal. The government shall file with the clerk of this court a copy of its motion to dismiss the indictment, and shall file status reports on the first day of every month until the district court rules on that motion. Should the court grant that motion, we expect that Mr. Brown will move to dismiss his appeal as moot.