No. 23-11146

# In the
# United States Court of Appeals
# for the Eleventh Circuit

UNITED STATES OF AMERICA,
*Plaintiff-Appellee*,

v.

JEREMY BROWN,
*Defendant-Appellant*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
NO. 8:21-CR-348-SCB-SPF-1

**UNITED STATES' NOTICE OF FILING**

SARA C. SWEENEY
Acting United States Attorney

HOLLY L. GERSHOW
Assistant United States Attorney
Deputy Chief, Appellate Division
Florida Bar No. 98960
400 N. Tampa St., Ste. 3200
Tampa, FL 33602
(813) 274-6000

March 25, 2025

# Certificate of Interested Persons and Corporate Disclosure Statement

The following persons have an interest in the outcome of this case:

1. Asokan, Risha, Assistant United States Attorney;

2. Brown, Jeremy, defendant-appellant;

3. Bucklew, Hon. Susan C., United States District Judge;

4. Corrigan, Hon. Timothy J., United States District Judge;

5. Flynn, Hon. Sean P., United States Magistrate Judge;

6. Futerman, Roger, Esq.;

7. Gershow, Holly L., Assistant United States Attorney, Deputy Chief, Appellate Division;

8. Goedman, Menno, Department of Justice Attorney;

9. Handberg, Roger B., former United States Attorney;

10. Hoppmann, Karin, former Acting United States Attorney;

11. Jewell, Jillian M., Assistant United States Attorney;

12. Krigsman, Cherie L., former Assistant United States Attorney;

13. Loesch. Melissa A., Esq.;

14. Marcet, Daniel J., Assistant United States Attorney;

15. Nebesky, Suzanne C., Assistant United States Attorney;

16. Niles, Laurel C., Esq.;

17. Rhodes, David P., Assistant United States Attorney, Chief, Appellate Division;

18. Sansone, William F., Esq.;

19. Sweeney, Sara C., Acting United States Attorney; and

20. Ufferman, Michael, Esq.

No publicly traded company or corporation has an interest in the outcome of this appeal.

# In the United States Court of Appeals
# for the Eleventh Circuit

UNITED STATES OF AMERICA,
    *Plaintiff-Appellee*,

v.

No. 23-11146

JEREMY BROWN,
    *Defendant-Appellant*

## United States' Notice of Filing

As directed in this Court's March 21, 2025, order, we file with the Clerk of the Court a copy of our motion to dismiss the indictment, which was filed in the district court.

        Respectfully submitted,

        SARA C. SWEENEY
        Acting United States Attorney

By:  *s/ Holly L. Gershow*
      Holly L. Gershow
      Assistant United States Attorney
      Deputy Chief, Appellate Division
      Florida Bar No. 98960
      400 N. Tampa St., Ste. 3200
      Tampa, FL 33602
      (813) 274-6000
      holly.gershow@usdoj.gov

# Certificate of Service

I certify that a copy of this notice and the notice of electronic filing was sent by CM/ECF on March 25, 2025, to:

MICHAEL UFFERMAN, ESQ.
*Counsel for Jeremy Brown*

                                            *s/ Holly L. Gershow*
                                            HOLLY L. GERSHOW
                                            Assistant United States Attorney