No. 23-11146-HH

# In the
# United States Court of Appeals
# for the Eleventh Circuit

UNITED STATES OF AMERICA,
    *Plaintiff-Appellee*,

v.

JEREMY BROWN,
    *Defendant-Appellant*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
NO. 8:21-CR-348-SCB-SPF-1

## UNITED STATES' STATUS REPORT

GREGORY W. KEHOE
United States Attorney

HOLLY L. GERSHOW
Assistant United States Attorney
Appellate Division
Florida Bar No. 98960
400 N. Tampa St., Ste. 3200
Tampa, FL 3200
(813) 274-6000

April 1, 2025

*United States v. Jeremy Brown*
No. 23-11146-HH

# Certificate of Interested Persons and Corporate Disclosure Statement

The following persons have an interest in the outcome of this case:

1. Asokan, Risha, Assistant United States Attorney;

2. Brown, Jeremy, defendant-appellant;

3. Bucklew, Hon. Susan C., United States District Judge;

4. Corrigan, Hon. Timothy C., United States District Judge;

5. Flynn, Hon. Sean P., United States Magistrate Judge;

6. Futerman, Roger, Esq.;

7. Gershow, Holly L., Assistant United States Attorney, Deputy Chief, Appellate Division;

8. Goedman, Menno, Department of Justice Attorney;

9. Handberg, Roger B., former United States Attorney;

10. Hoppmann, Karin, former Acting United States Attorney;

11. Jewell, Jillian M., Assistant United States Attorney;

12. Kehoe, Gregory W., United States Attorney;

13. Krigsman, Cherie L., former Assistant United States Attorney;

14. Loesch, Melissa A., Esq.;

15. Marcet, Daniel J., Assistant United States Attorney;

16. Nebesky, Suzanne C., Assistant United States Attorney;

17. Niles, Laurel C.; Esq.

18. Rhodes, David P., Assistant United States Attorney, Chief, Appellate Division;

19. Sansone, William F., Esq.;

20. Sweeney, Sara C., former Acting United States Attorney; and

21. Ufferman, Michael, Esq.

No publicly traded company or corporation has an interest in the outcome of this appeal.

# In the United States Court of Appeals for the Eleventh Circuit

UNITED STATES OF AMERICA,
 *Plaintiff-Appellee*,

v.               No. 23-11146-HH

JEREMY BROWN,
 *Defendant-Appellant*

## United States' Status Report

In accordance with this Court's March 21, 2025, order, the United States reports as follows on the status of this case:

On March 25, 2025, the United States filed in the district court its motion to dismiss the second superseding indictment under Fed. R. Crim. P. 48(a). The district court set a hearing on the motion for April 2, 2025.

            Respectfully submitted,

            GREGORY W. KEHOE
            United States Attorney

       By:  *s/ Holly L. Gershow*
          HOLLY L. GERSHOW
          Assistant United States Attorney
          Deputy Chief, Appellate Division
          Florida Bar No. 98960
          400 N. Tampa St., Ste. 3200
          Tampa, FL 33602
          (813) 274-6000
          holly.gershow@usdoj.gov

# Certificate of Service

I certify that a copy of this status report and the notice of electronic filing was sent by CM/ECF on April 1, 2025, to:

MICHAEL UFFERMAN, ESQ.
*Counsel for Jeremy Brown*

                                              *s/ Holly L. Gershow*
                                              HOLLY L. GERSHOW
                                              Assistant United States Attorney